CHEVRON U.S.A. INC., a corporation, Defendant–counter–claimant–Appellant,

v.

Frydoun SHEIKHPOUR, aka Fred Sheikhpour, an individual, Defendant–cross–defendant,

and

A and S Engineering Services, INC., a California corporation, DBA A & S Engineering, Inc., Plaintiff-cross-defendant,

and

Habib American Bank, Cross–defendant–Appellee.,

Los Angeles County Tax Collector; et al., Cross-defendants.

No. 11–57201.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.*

Filed July 5, 2012.

MacKenzie Bright Hunt, Kurt Osenbaugh, Esquire, Samuel C. Taylor, Alston & Bird LLP, Los Angeles, CA, for Defendant–counter–claimant–Appellant.

David K. Eldan, Senior, A Professional Organization, Los Angeles, CA, for Plaintiff–cross–defendant.

Before: SCHROEDER, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Appellant Chevron U.S.A. Inc., a corporation, appeals the district court's denial of its request for preliminary injunctive relief against appellee Habib American Bank. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *The Lands Council v. McNair,* 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council,* 555 U.S. 7, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l,* 686 F.2d 750, 752–53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.